IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA AL DABBAS, et al., | No. 2:25-cv-2886-DMC |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Defendants' motion to stay proceedings in light of a lapse in government funding. See ECF No. 12.

On November 12, 2025, the government enacted a continuing resolution that extends funding.[1] See Congressional Bill H.R. 5371. As such, Defendants' motion for a stay is moot. In light of the temporary lapse of appropriations, however, the undersigned will grant Defendants 60 days from the date of restoration of appropriations to respond to the complaint.

/ / /

/ / /

---

[1] The Court may take judicial notice pursuant to Federal Rule of Evidence 201 of matters of public record. See U.S. v. 14.02 Acres of Land, 530 F.3d 883, 894 (9th Cir. 2008).

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to stay proceedings, ECF No. 12, is denied as moot.

2. Defendants are directed to respond to Plaintiffs' complaint on or before January 11, 2026.

Dated:  November 26, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE