ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA AL DABBAS, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, ET, AL., <br><br> Defendants. | CASE NO. 2:25-CV-02886-DMC <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

  Defendants respectfully request a first extension of time in which to respond to the Complaint, and Plaintiff does not oppose. In this case, Plaintiffs, Amira Al Dabbas and Elie Naiem, allege that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff Al Dabbas' Form I-730, Refugee/Asylee Relative Petitions, which was filed in 2022. Since the filing of the complaint, USCIS scheduled Plaintiff's interview for December 19, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application. USCIS anticipates that it may be able to complete its adjudication of Plaintiff's application within 60 days of the successful completion of Plaintiff's interview.

///
///
///
///

STIPULATION AND
FOR FIRST EXTENSION OF TIME

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 17, 2026. The parties further request that all other filing deadlines and any initial status conference be vacated.

                                                                   Respectfully submitted,

Dated: November 27, 2025                    ERIC GRANT
                                                                   United States Attorney

                                                       /s/ SHELLEY D. WEGER
                                                       SHELLEY D. WEGER
                                                       Assistant United States Attorney

Dated: November 27, 2025                    /s/ LEWIS G. JUBRAN
                                                                   LEWIS G. JUBRAN
                                                                   Counsel for Plaintiffs

**ORDER**

       IT IS SO ORDERED.

Dated: December 4, 2025

                                                       DENNIS M. COTA
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND
FOR FIRST EXTENSION OF TIME