ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA AL DABBAS, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, ET, AL., <br><br> Defendants. | CASE NO.  2:25-CV-02886-DMC <br><br> STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Defendants respectfully request a second extension of time in which to respond to the Complaint or to file a status report, and Plaintiffs do not oppose.  In this case, Plaintiffs, Amira Al Dabbas and Elie Naiem, allege that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff Al Dabbas' Form I-730, which was filed in 2022.

The parties previously stipulated to an extension of time with the expectation that this matter would be rendered moot without further involvement by the Court.  However, this case cannot be mooted out by the current February 17, 2026, deadline due to an intervening change in circumstance. On December 2, 2025, after the parties filed the prior stipulation, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of All Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* (Policy Memorandum).  The Policy Memorandum was issued in light of specific identified national security and public safety concerns, after two terrorism related events.  *Id.* at p. 2 (describing events).  The Policy Memorandum mandates in pertinent part "that all

STIPULATION AND ORDER
FOR SECOND EXTENSION OF TIME

aliens [from countries listed in Presidential Proclamation 10949,[1] *Restricting the Entry of Foreign Nationals To Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats*] undergo a thorough re-review process, including a potential interview and, if necessary, a re-interview, to fully assess all national security and public safety threats along with any other related grounds of inadmissibility or ineligibility." *Id.* at p. 1. In addition, "USCIS will also conduct a comprehensive review of all relevant policies, procedures, and operational guidance for compliance, accuracy, and needed improvements" to address national security and public safety concerns. *Id.* To this end, the Policy Memorandum's hold remains in effect until lifted by the USCIS Director. *Id.* at 3.

Additional countries were added to the list of high-risk countries via Presidential Proclamation 10998, which took effect on January 1, 2026. On January 1, 2026, USCIS issued Policy Memorandum PM-602-0194, *Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries* ("Second Policy Memorandum").[2] The Second Policy Memorandum is similar to that described above, but added the additional high-risk countries identified in Presidential Proclamation 10998 to the hold policy. In pertinent part, the Second Policy Memorandum places a hold on all "pending benefit applications, for aliens listed in Presidential Proclamation (PP) 10998, . . . pending comprehensive review, regardless of entry date." Second Policy Memorandum at p. 1. The Second Policy Memorandum also indicates that within 90 days of the issuance of the memorandum, USCIS will issue operational guidance and that "any requests to lift the hold due to litigation or other extraordinary circumstances must receive approval from the USCIS Director or Deputy Director." Second Policy Memorandum at pp. 3, 5. The Second Policy Memorandum applies to this case because the beneficiary of Plaintiff's application is a citizen and native of Syria, a country listed as high risk in Presidential Proclamation 10998.

USCIS remains willing and ready to adjudicate this case once the operational guidance is issued, and it learns what additional steps, if any, may be necessary to complete the adjudication of Plaintiffs'

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/12/restricting-and-limiting-the-entry-of-foreign-nationals-to-protect-the-security-of-the-united-states/ (last visited Feb. 4, 2026).

[2] *Available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0194-PendingApplicationsAdditionalHighRiskCountries-20260101.pdf (last visited Feb. 8, 2026).

STIPULATION AND ORDER
FOR SECOND EXTENSION OF TIME

application.

The parties therefore stipulate that the new date for Defendants to file an answer, other dispositive pleading, or status report is May 18, 2026.  The parties further request that all other filing deadlines and any initial status conference be vacated.

Respectfully submitted,

Dated:  February 9, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  February 9, 2026

/s/ LEWIS G. JUBRAN
LEWIS G. JUBRAN
Counsel for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  February 11, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
FOR SECOND EXTENSION OF TIME

3