ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA AL DABBAS, ET AL, | CASE NO. 2:25-CV-02886-DMC |
| Plaintiffs, | STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |
| v. | |
| JOSEPH B. EDLOW, ET, AL., | |
| Defendants. | |

Defendants respectfully request a third extension of time in which to respond to the Complaint or to file a status report, and Plaintiffs do not oppose. In this case, Plaintiffs, Amira Al Dabbas and Elie Naiem, allege that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff Al Dabbas' Form I-730, which was filed in 2022.

The parties previously stipulated to an extension of time with the expectation that this matter would be rendered moot without further involvement by the Court. An interview of the applicant was conducted on February 20, 2026. USCIS is still working towards a final adjudication but a follow-up interview of the applicant is required to complete the adjudication. Accordingly, Defendants request a 60-day extension of time to conduct the follow-up interview and complete its adjudication.

*The remainder of this page is intentionally blank.*

STIPULATION AND ORDER
FOR THIRD EXTENSION OF TIME

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 17, 2026.  The parties further request that all other filing deadlines and any initial status conference be similarly extended.

Respectfully submitted,

Dated:  May 15, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  May 15, 2026

/s/ LEWIS G. JUBRAN
LEWIS G. JUBRAN
Counsel for Plaintiffs

**ORDER**

Good cause appearing therefor, the parties' stipulation is approved.  IT IS SO ORDERED.

Dated:  May 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
FOR THIRD EXTENSION OF TIME

2