**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AMIRA AL DABBAS, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

No. 2:25-cv-2886-DMC

ORDER

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Plaintiffs have filed a notice of voluntary dismissal. See ECF No. 24. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed without prejudice on Plaintiffs' notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: July 22, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE